The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Ashley Jennifer White
   v. Commonwealth of Virginia
   Record No. 1322-16-3
   Opinion rendered by Judge Petty on
   September 19, 2017

2. John Beverly Chapman, Jr.
   v. Commonwealth of Virginia
   Record No. 1948-16-4
   Opinion rendered by Judge Russell on
   September 26, 2017

3. Emily Lynn Aponte
   v. Commonwealth of Virginia
   Record No. 0052-17-3
   Opinion rendered by Judge Malveaux on
   October 10, 2017

4. Aaron Markeith Gerald
   v. Commonwealth of Virginia
   Record No. 0731-16-1
   Opinion rendered by Judge Humphreys on
   October 17, 2017

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. James Edward Mercer
   v. Commonwealth of Virginia
   Record No. 1897-17-2
   Opinion rendered by Judge Humphreys
     on March 22, 2016
   Refused (161716)

2. Franklin Minor
   v. Commonwealth of Virginia
   Record No. 2047-15-4
   Opinion rendered by Judge Russell
     on November 8, 2016
   Refused (161740)

3. Charles Albert Massey, III
   v. Commonwealth of Virginia
   Record No. 1421-15-4
   Opinion rendered by Judge Russell
     on December 13, 2016
   Refused (170057)

4. Manneh Vay
   v. Commonwealth of Virginia
   Record No. 0053-16-2
   Opinion rendered by Judge Russell
     on January 31, 2017
   Refused (170440)

5. Northrop Grumman Shipbuilding, Inc., n/k/a Huntington Ingalls Incorporated
   v. Wardell Orthopaedics, P.C.
   Record No. 1182-16-1
   Opinion rendered by Judge Beales
     on February 28, 2017
   Settled and withdrawn (170409)

6. Newport News Shipbuilding & Dry Dock Co., n/k/a Huntington Ingalls Incorporated
   v. Wardell Orthopaedics, P.C.
   Record No. 1183-16-1
   Opinion rendered by Judge Humphreys
     on February 28, 2017
   Settled and withdrawn (170408)

7. Virginia Board of Medicine and Virginia Department of Health Professions
   v. Leila Hadad Zackrison, M.D.
   Record No. 1291-16-2
   Opinion rendered by Judge Russell
     on March 14, 2017
   Dismissed pursuant to Code § 17.1-410(A)(2) and (B) (170490)

8. Najee Finique Hairston
   v. Commonwealth of Virginia
   Record No. 0714-16-3
   Opinion rendered by Judge Decker
     on April 11, 2017
   Refused (170641)

9. Judy Kay Reaves
   v. James Kelly Tucker
   Record No. 1546-16-2
   Opinion rendered by Judge Petty
     on June 13, 2017
   Dismissed pursuant to Rule 5:17(c)(2) and Rule 5:17(c)(1)(i) (170901)

10. Timothy Kenneth Bartley
    v. Commonwealth of Virginia
    Record No. 1336-16-3
    Opinion rendered by Judge Petty
      on June 20, 2017
    Refused (170972)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court

1. Abdul Rahman Cole
   v. Commonwealth of Virginia
   Record No. 1201-15-4
   CAV petition for appeal denied by Judge Russell on April 8, 2016
     and by Judges Beales, Russell and AtLee on July 1, 2016
   Judgment of Court of Appeals affirmed in part and reversed in part and final judgment
     entered for the Commonwealth by opinion rendered on November 16, 2017
   (161113)